UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br>RUSSELL J. BROWN,<br><br>　　　　　Defendant. | 2:05-cr-00400-RSL<br><br>ORDER CONTINUING TRIAL DATE |

　　　Based upon the Motion to Continue the Trial Date filed in the instant action, and the responsive pleadings filed by the parties, the Court finds (1) that the time limits set forth in the Speed Trial Act should be tolled from 13 February 2006 in light of the fact that it is not reasonable to adequately prepare for pretrial and trial proceedings within the time limits established by the Speedy Trial Act, (2) that the ends of justice are best served by tolling the time computation under the Speedy Trial Act, and (3) that in the instant case the interest of the public and the parties in a speedy trial is outweighed by the need for additional time to adequately prepare

1 for trial.  Based upon the foregoing and for good cause shown,
2 upon receipt of a affidavit from defendant waiving his rights to
3 a speedy trial under the Speedy Trial Act from 13 February 2006
4 through 1 September 2006,

5     IT IS ORDERED that the Trial date for the jury trial in
6 this case shall be continued from 3 April 2006 until the 24th
7 day of July, 2006.

8     IT IS FURTHER ORDERED that the granting of the continuance
9 will toll the time computation under the Speedy Trial Act, 18
10 U.S.C. 3161, from 13 February 2006 through 1 September 2006.

     DATED this 2nd day of March, 2006.


                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge


Presented by:

s/ Gregory A. Robinson
Gregory A. Robinson